# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>FELIX SOSA CHAVEZ,<br><br>                  Defendant. | Case No.: 15CR0291-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[Doc. No. 23]** |

    Upon motion of the United States of America and good cause appearing, the Court **DISMISSES** the Information in the above-entitled case without prejudice.

    **IT IS SO ORDERED AND ADJUDGED.**

DATE: May 5, 2015

_____
HON. MICHAEL M. ANELLO
United States District Judge